**David KISSI, Appellant**

v.

**Peter J. MESSITTE, Judge USDC, et al., Appellees.**

No. 09–5219.

United States Court of Appeals, District of Columbia Circuit.

April 23, 2010.

Rehearing Denied June 28, 2010.

Rehearing En Banc Denied Sept. 3, 2010.

David Kissi, Washington, DC, pro se.

BEFORE: SENTELLE, Chief Judge, and GRIFFITH and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders issued May 8, 2009, and June 1, 2009, be affirmed. The district court properly dismissed the complaint because the appellant sought damages from a federal district court judge in Maryland, who is absolutely immune from suit. *See Atherton v. District of Columbia Office of Mayor*, 567 F.3d 672, 682 (D.C.Cir.2009). The misconduct alleged by the appellant pertains to judicial functions and, therefore, is protected by this immunity. *Id.* To the extent the appellant raised claims against the other defendants, the district court lacked jurisdiction to hear them because the appellant essentially sought review of a decision rendered by a federal district court in Maryland. *See* 28 U.S.C. § 1294(1).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.